UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. COLEMAN,<br>　　　　Plaintiff,<br>　　v.<br>JEFFREY BEARD, et al.,<br>　　　　Defendants. | Case No. 14-cv-05508-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR THIRD EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

　　　　Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has been granted two previous extensions of time to file his amended complaint. Plaintiff has now filed a request for a third extension of time to file his amended complaint.

　　　　Good cause appearing, the request is GRANTED. Plaintiff shall file his amended complaint on or by **July 15, 2015.**

　　　　If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

　　　　This Order terminates Docket No. 15.

　　　　IT IS SO ORDERED.

Dated: May 28, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge