UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DWIGHT A. COLEMAN,

    Plaintiff,

  v.

JEFFREY BEARD, et al.,

    Defendants.

Case No. 14-cv-05508-YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR A FOURTH EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

Plaintiff, a state prisoner, filed a *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court initially dismissed Plaintiff's complaint with leave to amend. Dkt. 7. On July 20, 2015, Plaintiff filed his amended complaint. On January 12, 2016, the Court issued an Order dismissing Plaintiff's amended complaint with leave to amend. Dkt. 18. The Court directed Plaintiff to file his second amended complaint within twenty-eight days of the January 12, 2016 Order. Thereafter, the Court granted Plaintiff's requests for a total of three extensions of time to file his second amended complaint. Dkts. 20, 24, 27. In its most-recent Order dated June 23, 2016, the Court directed Plaintiff to file his second amended complaint by July 21, 2016. Dkt. 27. That deadline has passed, and Plaintiff has not filed his second amended complaint.

Before the Court is Plaintiff's request for a fourth extension of time to file his second amended complaint. Dkt. 29. Good cause appearing, the request is GRANTED. Plaintiff shall file his second amended complaint no later than **twenty-eight (28) days** from the date of this Order. He must clearly label the document a "Second Amended Complaint," and write in the case number for this action Case No. C 14-5508 YGR (PR). Plaintiff's failure to file his second amended complaint by the deadline will result in the dismissal of this action without prejudice. **No further extensions of time will be granted absent extraordinary circumstances.**

This Order terminates Docket No. 29.

IT IS SO ORDERED.

Dated: August 11, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge