1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    DWIGHT A. COLEMAN,                    Case No. 14-cv-05508-YGR (PR)
         Plaintiff,
8                                          **JUDGMENT**
         v.
9
10   JEFFREY BEARD, et al.,
         Defendants.
11

12   For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

13   IT IS ORDERED AND ADJUDGED

14   That Plaintiff take nothing, that the action be dismissed in accordance with the Court's

15   Order, and that each party bear its own costs of action.

16   Dated: October 3, 2017

17   _____
     YVONNE GONZALEZ ROGERS
18   United States District Judge